United States District Court
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR - 8 2011

JAMES R. LARSEN
SPOKANE, WASHINGTON  DEPUTY

UNITED STATES OF AMERICA

V.

KEVIN WILLIAM HARPHAM

CRIMINAL COMPLAINT

CASE NUMBER: MJ-11-096-00

(Name & Address of Defendant)

I, the complainant in this case, state the following is true and correct to the best of my knowledge and belief. This complaint is based on these facts:

COUNT 1

On or about January 17, 2011, in the Eastern District of Washington, KEVIN WILLIAM HARPHAM, acting without lawful authority, did knowingly attempt to use a weapon of mass destruction, to wit: an improvised explosive device, placed prior to and along the planned route of a Martin Luther King Jr. unity march at the northeast corner of Main and Washington Streets, in Spokane, Washington, against any person and property, which property is Main and Washington Streets, Eye Care Center and Hill's Restaurant, all of which property is used in an activity that affects interstate and foreign commerce, which would have caused these businesses to be closed for a period of time and adversely affected interstate commerce in addition to reducing business because of the public stigma associated to a bombing, had it occurred, in violation of 18 U.S.C. § 2332a (2).

COUNT 2

On or about January 17, 2011, in the Eastern District of Washington, KEVIN WILLIAM HARPHAM knowingly received and possessed an explosive device, specifically, an improvised explosive device, not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. § 5861(d).

Continued on the attached sheet incorporated herein by this reference. ☒ Yes ☐ No

Signature of Complainant  John T. Slack
Special Agent, FBI

Sworn to before me and signed in my presence
March 8, 2011
Date

at Spokane, Washington
City and State

CYNTHIA IMBROGNO
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

P10307DD.JHL.wpd